JS-6

Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Integrated Sports Media, Inc.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| INTEGRATED SPORTS MEDIA, INC., | Case No. 2:10-cv-05970-GAF-AGR |
| Plaintiff, | JUDGEMENT |
| vs. | |
| ALEJANDRO SANTOS, et al., | |
| Defendant. | |

Default having been entered in this action on November 5, 2010 against Alejandro Santos, individually and d/b/a El Ranchon Restaurant, and the application for and declarations in support of default judgment having been filed on or about December 20, 2010, and having been served on the Defendant and notice given and no appearance by the Defendant having been made in person or in writing and all other requirements for entry of default judgment pursuant to Federal Rule Civil Procedure 55 having been certified to by Plaintiff's counsel, now therefore,

///

///

///

///

///

JUDGEMENT
CASE NO. 2:10-CV-05970-GAF-AGR
PAGE 1

**IT IS HEREBY ORDERED AND ADJUDGED that JUDGMENT** be entered against Defendant Alejandro Santos, individually and d/b/a El Ranchon Restaurant and in favor of Integrated Sports Media, Inc., as follows:

| | | |
|---|---:|---:|
| a. For the Violation of Title 47 U.S.C. 605 (e)(3)(B)(iii) and (c)(ii): | $ | 15,000.00 |
| b. For the Tort of Conversion: | $ | 1,250.00 |
| c. <u>Attorneys' Fees and Costs:</u> | $ | <u>1,575.00</u> |
| Total: | $ | 17,825.00 |

Accordingly, **JUDGMENT IS ENTERED IN ACCORDANCE WITH THE FOREGOING IN THE SUM OF $17,825.00.**

**IT IS SO ORDERED**:

_____       Dated: February 24, 2011

**The Honorable Gary A. Feess**
**United States District Court**
**Central District of California**